# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Northern Oil & Gas, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| EOG Resources, Inc., | ) | Case No. 1:16-cv-388 |
| Defendant. | ) | |

Before the court is a "Stipulation Regarding Discovery Motions" filed by the parties on December 5, 2017. The **ADOPTS** the parties' stipulation (Doc. No. 64) and **ORDERS**:

(1) The parties shall have until December 18, 2017, to file discovery motions;

(2) plaintiff shall have until December 18, 2017, to respond to Defendant's "Motion for Protective Order;"and

(3) in the event that plaintiff serves an amended or new 30(b)(6) deposition notice, defendant shall have twenty-one (21) days from the date of service to supplement its Motion for Protective Order or file an amended motion concerning the notice.

Dated this 6th day of December, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court