# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Oil & Gas, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| EOG Resources, Inc., | ) | Case No. 1:16-cv-388 |
| Defendant. | ) | |

On December 21, 2017, the parties filed a "Stipulation Regarding Discovery Matters." The court **ADOPTS** the parties stipulation (Doc. No. 67) and **ORDERS**:

(1) The parties shall have until February 28, 2018, to complete fact and expert discovery. Written discovery requests shall be served so as to become due no later than February 28, 2018.

(2) Discovery motions and plaintiff's response to defendant's pending Motion for Protective Order are due by March 16, 2018. In the event plaintiff serves an amended or new 30(b)(6) deposition notice, defendant shall have twenty-one (21) days from the date of service to supplement its Motion for Protective Order or otherwise file an amended motion concerning the notice. Any deposition of EOG will occur only after the Court has address the pending Motion(s) for Protective Order.

(3) Defendant shall have until January 31, 2018, to identify its experts and provide their reports.

Dated this 9th day of January, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge

United States District Court