# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Oil & Gas, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., | ) | Case No. 1:16-cv-388 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion for Protective Order Regarding Plaintiff's Rule 30(b)(6) Deposition Notice" filed by defendant EOG Resources, Inc. ("EOG") on November 20, 2017. See Doc. No. 61. Northern Oil & Gas, Inc. ("Northern") served EOG with a draft Rule 30(b)(6) Deposition Notice that identified sixteen topics for examination. See Doc. No. 62-1. In response to objections raised by EOG, Northern subsequently served EOG with a 30(b)(6) Deposition Notice to which it attached a revised designation of examination topics. See Doc. No. 62-3. Following a conference with the court to discuss EOG's continued objections, Doc. No. 55, Northern served EOG with a second revised designation of examination topics. See Doc. No. 62-4. Taking issue with this second revision, EOG filed the instant motion seeking an order from the court to either quash the deposition notice or otherwise limit the topics for examination.

On December 6, 2017, pursuant to a stipulation filed by the parties, see Doc. No. 64, the court ordered Northern to respond to EOG's motion by December 18, 2017. See Doc. No. 65. On March 26, 2018, again pursuant to a stipulation filed by the parties, see Doc. No. 74, the court ordered in relevant part that:

> 1. [Northern] shall have until June 30, 2018, to respond to EOG's pending motion for a protective order, and/or to amend the Rule 30(b)(6) notice of EOG, or to serve

1

an entirely new Rule 30(b)(6) notice of EOG. If plaintiff files a response to the motion for protective order without amending the 30(b)(6) notice or serving an entirely new Rule 30(b)(6) notice, then defendant has seven (7) days thereafter to serve and file a reply brief.

2. If Northern serves an amended or new 30(b)(6) deposition notice, EOG shall have twenty-one (21) days from the date of service to supplement its motion for a protective order. Northern shall then respond fourteen (14) days thereafter to respond to EOG's amended motion. EOG shall then have seven (7) days for a reply brief.

(Doc. No. 75).

Northern has yet to file a response to EOG's motion and the court cannot divine from the record whether Northern has served EOG with an amended or entirely new Rule 30(b)(6) Deposition Notice. Accordingly, the parties shall submit a report by September 7, 2018, updating the court on the status of the efforts to resolve their dispute regarding the scope of the topics for examination at the Rule 30(b)(6) deposition.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court