# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Oil and Gas, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., | ) | Case No. 1:16-cv-388 |
| | ) | |
| Defendant. | ) | |

The court shall hold a status/scheduling and discovery conference with the parties by telephone at 9:00 a.m. CDT on August 27, 2020. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

In preparation for the conference, counsel are directed to confer prepare a proposed revised scheduling/discovery plan. The parties should email their proposed plan to ndd_J-Hochhalter@ndd.uscourts.gov at least 2 days prior to the conference.

**IT IS SO ORDERED.**

Dated this 5th day of August, 2020.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                Unite States District Court