## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Oil & Gas Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **TO VACATE AND REOPEN CASE** |
| vs. | ) | |
| | ) | Civil No. 1:16-cv-388 |
| EOG Resources, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff Northern Oil and Gas, Inc. ("Northern"), motion (Doc. No. 159) for an order vacating the Court's Order (Doc. No. 157) granting Defendant EOG Resources Inc.'s ("EOG") motion for summary judgment, entered by the Court on October 26, 2021, and vacating the Judgment (Doc. No. 158) entered by the Clerk of the Court on the same day. The motion is filed pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. The basis for the motion is that the order granting summary judgment was granted based upon an oversight relating to the time allotted to respond to the Defendant's motion. EOG does not oppose the motion.

For good cause shown, the Plaintiff's motion (Doc. No. 159) is **GRANTED**. The Court's Order granting summary judgment (Doc. No. 157) and the Clerk's Judgment (Doc. No. 158) are **VACATED**. The Clerk of Court is directed to reopen the case.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2021.

                                                          */s/ Daniel L. Hovland*
                                                          Daniel L. Hovland, District Judge
                                                          United States District Court